UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00208-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PEDRO LOPEZ-HERNANDEZ, a/k/a Gustavo Najar-Espericueto, a/k/a Carmelos Simental, a/k/a Gonzalo Esperiqueta-Hernandez,

    Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce PEDRO LOPEZ-HERNANDEZ, a/k/a Gustavo Najar-Espericueto, a/k/a Carmelos Simental, a/k/a Gonzalo Esperiqueta-Hernandez before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

Dated: May 13, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge