UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00208-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PEDRO LOPEZ-HERNANDEZ, a/k/a Gustavo Najar-Espericueto, a/k/a Carmelos Simental, a/k/a Gonzalo Esperiqueta-Hernandez,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, July 16, 2010,** and responses to these motions shall be filed by **Tuesday, July 27, 2010.** It is

FURTHER ORDERED that a two-day trial jury trial is now set in the above matter for **9:00 a.m. on Monday, August 16, 2010, at 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado**.

Dated this 14th day of June, 2010.

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          Chief U. S. District Judge