UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00208-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PEDRO LOPEZ-HERNANDEZ, a/k/a Gustavo Najar-Espericueto, a/k/a Carmelos Simental, a/k/a Gonzalo Esperiqueta-Hernandez,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on July 9, 2010. Accordingly, the jury trial set for August 16, 2010 is hereby **VACATED**. A Change of Plea hearing is set for **Friday, September 24, 2010 at 1:30 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: July 9, 2010