**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | December 7, 2010 | Probation: | Caryl Ricca |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Melinda Gonzalez-Hibner |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No: **10-cr-00208-WYD**          Counsel:

UNITED STATES OF AMERICA,                     Kurt J. Bohn

       Plaintiff,

v.

**1.  PEDRO LOPEZ-HERNANDEZ, a/k/a             Scott T. Varholak
Gustavo Najar-Espericueto, a/k/a
Carmelow Simental, a/k/a Gonzalo
Esperiqueta-Hernandez**,

       Defendant.

**SENTENCING**

**10:07 a.m.**       Court in Session - Defendant present (in-custody)

               **Change of Plea Hearing - Friday, September 24, 2010, at 1:30 p.m.
               Plea of Guilty - one-count Indictment**

               APPEARANCES OF COUNSEL.

               Interpreter sworn (Spanish).

               Court's opening remarks.

10:09 a.m.       Statement on behalf of Government (Mr. Bohn).

10:10 a.m.       Statement on behalf of Defendant (Mr. Varholak).

10:11 a.m. Statement by Defendant on his own behalf (Mr. Lopez-Hernandez).

    Court makes findings.

**ORDERED:** Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1 (b) [doc. #25], filed November 11, 2010, is **GRANTED.**

**ORDERED:** Defendant's Motion for Below-Guideline Sentence as Recommended by the Probation Department [doc. #24], filed November 9, 2010, is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **12** months and **1** day.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) for supervised releases cases as the defendant is likely to be deported.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X) If the defendant is deported, he shall not re-enter the United States illegally. If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**     **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**     Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**     Defendant is **REMANDED** to the custody of the U.S. Marshal.

**10:17 a.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :10**